UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Joseph Riley, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Case No. 4:18-cv-00659 |
| vs. | ) |
|  | ) St. Louis County Circuit Court |
| Northland Group LLC f/k/a | ) Cause No. 18SL-AC06113 |
| Northland Group, Inc., | ) |
|  | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## *NOTICE OF FILING OF NOTICE OF REMOVAL*

TO:   Plaintiff Joseph Riley and His Attorney of Record:

You are hereby notified that Defendant Northland Group LLC f/k/a Northland Group, Inc. has filed in the United States District Court for the Eastern District of Missouri, Eastern Division a Notice of Removal, a copy of which is attached hereto.

/s/ Michael S. Hamlin
Michael S. Hamlin #52972MO
PITZER SNODGRASS, P.C.
Attorney for Defendant
100 South Fourth Street, Suite 400
St. Louis, Missouri  63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
Email:  hamlin@pspclaw.com

Copy of the foregoing mailed this 26th day of April, 2018 to:

Mr. Richard A. Voytas, Jr.
Ross & Voytas, LLC
12444 Powerscourt Drive, Suite 370
St. Louis, Missouri  63131
*Attorney for Plaintiff*

/s/ Michael S. Hamlin