# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

JOSEPH RILEY,

      Plaintiff,

v.

NORTHLAND GROUP, INC.,

      Defendant.

Case No. 4:18-CV-00659-AGF

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Joseph Riley, by and through his undersigned counsel, and notifies the Court that Plaintiff and Defendants have reached a confidential settlement that resolves this matter. Plaintiff respectfully requests sixty (60) days, up to and including August 31, 2018 to complete the necessary settlement paperwork; this case will thereafter be dismissed with prejudice.

Respectfully Submitted,

**Ross & Voytas, LLC**

/s/ Richard A. Voytas, Jr.
_____

Richard A. Voytas, Jr., #52046 MO
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax:   (636) 333-1212

Attorneys for Plaintiff Joseph Riley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by operation of the Court's electronic filing system or by U.S. Mail, postage prepaid, this 2nd day of July, 2018 for parties not registered to receive e-filings.

| **Parties** | **Counsel** |
| --- | --- |
| Northland Group, Inc. | Sessions, Fishman, Nathan & Israel<br>Charles R. Penot, Jr.<br>900 Jackson Street, Suite 440<br>Dallas, TX 75202<br>(214) 741-3001<br>cpenot@sessions.legal<br><br>Nichols, Lang & Hamlin, LLC<br>1975 Clarkson Road, Suite 230<br>Chesterfield, MO 63017<br>(314) 429-1515<br>mike@nlh-law.com |

/s/ Richard A. Voytas, Jr.