UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHLAND GROUP, INC.,<br><br>    Defendant. | Case No. 4:18-CV-00659-AGF |

## MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL

COMES NOW Plaintiff Joseph Riley ("Plaintiff"), by and through his undersigned counsel, and hereby moves the Court for forty-five (45) additional days, up to and including September 13, 2018 in which to file a stipulation of dismissal. In support of this motion, Plaintiff states:

1.  On July 2, 2018, Plaintiff filed a Notice of Settlement requesting sixty (60) days to complete the necessary settlement paperwork and file a dismissal.

2.  On July 2, 2018, the Court entered an Order requiring a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment to be filed within thirty (30) days.

3.  Plaintiff and Defendant are still in the process of completing the necessary settlement paperwork.

4.  Based on the foregoing, Plaintiff hereby requests forty-five (45) additional days, up to and including September 13, 2018, in which to file a stipulation for dismissal.

WHEREFORE, Plaintiff hereby requests an additional forty-five (45) days up to and including September 13, 2018 in which to file a Stipulation for Dismissal and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**ROSS & VOYTAS, LLC**

/s/ Richard A. Voytas, Jr.

_____

Richard A. Voytas, Jr, #52046 MO
rick@rossvoytas.com
Nathan E. Ross, #51166 MO
nate@rossvoytas.com
Ethan W. Gee, #70075 MO
ethan@rossvoytas.com
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax:     (636) 333-1212
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I certify that on July 30, 2018, this paper was electronically filed and served by operation of the Court's electronic filing system on the following counsel of record:

| **Parties** | **Counsel** |
| --- | --- |
| Northland Group, Inc. | Sessions, Fishman, Nathan & Israel<br>Charles R. Penot, Jr.<br>900 Jackson Street, Suite 440<br>Dallas, TX 75202<br>(214) 741-3001<br>Cpenot@sessions.legal<br><br>Nichols, Lang & Hamlin, LLC<br>1975 Clarkson Road, Suite 230<br>Chesterfield, MO 63107<br>(314) 429-1515<br>mike@nih-law.com |

    /s/Richard A. Voytas, Jr.,