**IN IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH RILEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:18-cv-00659-AGF** |
| | § | |
| **NORTHLAND GROUP LLC** | § | |
| *f/k/a* **NORTHLAND GROUP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Joseph Riley, and defendant,

Northland Group LLC *f/k/a* Northland Group, Inc., hereby stipulate to the dismissal of the

above-styled case with prejudice, and with each side to bear its own costs and attorneys'

fees.

Respectfully submitted,

/s/ *Richard A. Voytas, Jr.*
Richard A. Voytas, Jr. (MO Bar # #52046)
ROSS & VOYTAS, LLC
12444 Powerscourt Drive, Suite 370
St. Louis, MO 63131
Telephone: (314) 394-0605
Email: rick@rossvoytas.com

*Attorney for Plaintiff*

/s/ *Charles R. Penot, Jr.*
Michael S. Hamlin (MO Bar # 52972)
Nichols Lang & Hamlin, LLC
1795 Clarkson Road, Suite 230
Chesterfield, MO 63017
Telephone: (314) 429-1515
Email: mike@nlh-law.com

Charles R. Penot, Jr.
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Email: cpenot@sessions.legal

*Attorneys for Defendant*

1

IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH RILEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:18-cv-00659-AGF** |
| | § | |
| **NORTHLAND GROUP LLC** | § | |
| *f/k/a* **NORTHLAND GROUP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Joseph Riley, and defendant, Northland Group LLC *f/k/a* Northland Group, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated:_____       _____

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

1